**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| ROMILO MAEDA-GARCIA; WILFREDO MAEDA, | No. 07-75039 |
| Petitioners, | Agency Nos.     A077-381-966 |
| | A076-865-591 |
| v. | A076-865-592 |
| | A076-865-593 |
| LORETTA E. LYNCH, Attorney General, | |
| | ORDER |
| Respondent. | |

Before: SCHROEDER and M. SMITH, Circuit Judges and BENITEZ,* District Judge.

The memorandum disposition filed on September 17, 2015 is amended as follows:

Replace the submission text on memorandum disposition page 1, lines 23-24:

Argued and Submitted August 4, 2011**
Seattle, Washington

---

    \*      The Honorable Roger T. Benitez, United States District Judge for the Southern District of California, sitting by designation.

With:

Submitted August 4, 2011[**]
Seattle, Washington
Submission Vacated and Deferred August 2, 2011
Resubmitted September 15, 2015

The petition for panel rehearing is otherwise denied.  Further petitions for

rehearing and rehearing en banc shall not be entertained.